```
              UNITED STATES DISTRICT COURT
                  DISTRICT NEW JERSEY
```

JIM MCLAY, ET AL
       Plaintiff(s)      :  Civil Action No. 05-3199(JBS)

       vs.      :  **NOTICE OF CALL FOR DISMISSAL PURSUANT TO LOCAL RULE 41.1(a)**

MAVERICK MOTION PICTURE GROUP, LLC
       Defendant(s)

PLEASE TAKE NOTICE, that the above-captioned action, having been pending for more than 120 days without any proceeding having been taken therein, will be called at the Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, Camden, New Jersey before the Hon. Jerome B. Simandle, U.S.D.J., Courtroom 4A, on **March 17, 2006** at **9:30 a.m.** or as soon thereafter as the same may be reached, and unless sufficient cause to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Rule 41.1(a) of the Local Rules of this Court.

**NO APPEARANCE IS REQUIRED.** Litigants may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended.

                                      WILLIAM T. WALSH, CLERK

                                      s/Marnie Maccariella
                                        Deputy Clerk

DATED: February 28, 2006

TO: Jared H. Reiss